UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| ISAAC RAPISURA, on behalf of himself and all other similarly situated;,<br><br>        Plaintiff,<br><br>  v.<br><br>BMW OF NORTH AMERICA, LLC, a Delaware limited liability company; and DOES 1 through 50, inclusive,<br><br>        Defendants. | No.  2:22-cv-00455 WBS AC |

----oo0oo----

STATUS (PRETRIAL SCHEDULING) ORDER

After reviewing the parties' Joint Status Report (Docket No. 12-1), the court held a Status (Pretrial Scheduling) Conference on July 5, 2022.  In consultation and agreement with the parties, the court makes the following findings and orders.

I.  SERVICE OF PROCESS

All named defendants have been served, and no further

1

1 service is permitted without leave of court, good cause having
2 been shown under Federal Rule of Civil Procedure 16(b).
3 II.  JOINDER OF PARTIES/AMENDMENTS
4          Plaintiff's counsel represented at the Status
5 Conference and in the parties' joint status report that plaintiff
6 intends to file an amended complaint alleging an additional cause
7 of action.  (Corrected Joint Scheduling Report at 3.)  Plaintiff
8 has 30 days from the date of this order to file an amended
9 complaint.
10         No further joinder of parties or amendments to
11 pleadings will be permitted except with leave of court, good
12 cause having been shown under Federal Rule of Civil Procedure
13 16(b).  See Johnson v. Mammoth Recreations, Inc., 975 F.2d 604
14 (9th Cir. 1992).
15 III. JURISDICTION/VENUE
16         Jurisdiction is predicated upon the Class Action
17 Fairness Act ("CAFA"), 28 U.S.C. § 1332(d), because this is a
18 putative class action in which the amount in controversy exceeds
19 $5,000,000 and at least one member of the putative class is a
20 citizen of a different state than the defendant.  Venue is
21 undisputed and hereby found to be proper.
22 IV.  DISCOVERY
23         The parties agree to serve the initial disclosures
24 required by Federal Rule of Civil Procedure 26(a)(1) on or before
25 July 15, 2022.
26         In their joint status report, the parties stipulated to
27 bifurcating discovery into two phases.  However, at the Status
28 Conference the parties withdrew that stipulation.

The parties shall disclose experts and produce reports in accordance with Federal Rule of Civil Procedure 26(a)(2) by no later than August 15, 2023.  With regard to expert testimony intended solely for rebuttal, those experts shall be disclosed and reports produced in accordance with Federal Rule of Civil Procedure 26(a)(2) on or before September 15, 2023.

All discovery, including depositions for preservation of testimony, is left open, save and except that it shall be so conducted as to be completed by October 16, 2023.  The word "completed" means that all discovery shall have been conducted so that all depositions have been taken and any disputes relevant to discovery shall have been resolved by appropriate order if necessary and, where discovery has been ordered, the order has been obeyed.  All motions to compel discovery must be noticed on the magistrate judge's calendar in accordance with the local rules of this court and so that such motions may be heard (and any resulting orders obeyed) not later than October 16, 2023.

V.   MOTION HEARING SCHEDULE

All motions, including the motion for class certification, but except motions for continuances, temporary restraining orders, or other emergency applications, shall be filed on or before December 4, 2023.  All motions shall be noticed for the next available hearing date.  Counsel are cautioned to refer to the local rules regarding the requirements for noticing and opposing such motions on the court's regularly scheduled law and motion calendar.

VI.  FINAL PRETRIAL CONFERENCE

The Final Pretrial Conference is set for February 12,

1  2024, at 1:30 p.m. in Courtroom No. 5 or via videoconference.
2  The Courtroom Deputy will notify the parties prior to the
3  Conference whether it will be held in person of via
4  videoconference.  The conference shall be attended by at least
5  one of the attorneys who will conduct the trial for each of the
6  parties and by any unrepresented parties.
7           Counsel for all parties are to be fully prepared for
8  trial at the time of the Pretrial Conference, with no matters
9  remaining to be accomplished except production of witnesses for
10 oral testimony.  Counsel shall file separate pretrial statements,
11 and are referred to Local Rules 281 and 282 relating to the
12 contents of and time for filing those statements.  In addition to
13 those subjects listed in Local Rule 281(b), the parties are to
14 provide the court with: (1) a plain, concise statement which
15 identifies every non-discovery motion which has been made to the
16 court, and its resolution; (2) a list of the remaining claims as
17 against each defendant; and (3) the estimated number of trial
18 days.
19          In providing the plain, concise statements of
20 undisputed facts and disputed factual issues contemplated by
21 Local Rule 281(b)(3)-(4), the parties shall emphasize the claims
22 that remain at issue, and any remaining affirmatively pled
23 defenses thereto.  If the case is to be tried to a jury, the
24 parties shall also prepare a succinct statement of the case,
25 which is appropriate for the court to read to the jury.
26 VII. <u>TRIAL SETTING</u>
27          The jury trial is set for April 9, 2024 at 9:00 a.m.
28 The parties estimate that the trial will last 12 to 17 days if

the court grants plaintiff's motion for class certification.  If the court denies plaintiff's motion for class certification, the parties estimate that the trial will last five to seven days.

VIII.     SETTLEMENT CONFERENCE

A Settlement Conference with a magistrate judge will be set at the time of the Pretrial Conference.  Counsel are instructed to have a principal with full settlement authority present at the Settlement Conference or to be fully authorized to settle the matter on any terms.  At least seven calendar days before the Settlement Conference counsel for each party shall submit a confidential Settlement Conference Statement for review by the settlement judge.  The Settlement Conference Statements shall not be filed and will not otherwise be disclosed to the trial judge.

IX.  MODIFICATIONS TO SCHEDULING ORDER

Any requests to modify the dates or terms of this Scheduling Order, except requests to change the date of the trial, may be heard and decided by the assigned Magistrate Judge. All requests to change the trial date shall be heard and decided only by the undersigned judge.

IT IS SO ORDERED.

Dated:  July 12, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE