**MELMED LAW GROUP P.C.**
Jonathan Melmed (SBN 290218)
jm@melmedlaw.com
Laura Supanich (SBN 314805)
lms@melmedlaw.com
Maria Burciaga (SBN 334545)
mb@melmedlaw.com
1801 Century Park East, Suite 850
Los Angeles, California 90067
Phone: (310) 824-3828
Fax: (310) 862-6851

Attorneys for Plaintiff and the Putative Class, and the Aggrieved Employees

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC RAPISURA, an individual, on behalf of himself, the State of California, as a private attorney general, and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BMW OF NORTH AMERICA, LLC, a Delaware limited liability company; and DOES 1 TO 50,<br><br>Defendants. | Case Number: 22-cv-00455<br><br>**ORDER FOR LEAVE TO FILE PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>**WILLIAM B. SCHUBB**<br>**U.S. DISTRICT COURT JUDGE**<br><br>Complaint Filed: February 3, 2022<br>Trial Date:        None Set |

1
ORDER FOR LEAVE TO FILE PLAINTIFF'S FIRST AMENDED COMPLAINT

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the Court orders as follows:

1. Plaintiff is granted leave to file and serve a First Amended Complaint, in the form attached as **Exhibit A**, and Plaintiff's First Amended Complaint is deemed filed as of the date that this order is signed by the Court.

2. Defendant may file a responsive pleading to the First Amended Complaint within thirty (30) days of being served with a copy of this order approving and entering this stipulation and the First Amended Complaint. Otherwise, Defendant's answer on file to the original complaint shall constitute an answer to the First Amended Complaint.

IT IS SO ORDERED.

Dated: August 5, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE