**MELMED LAW GROUP P.C.**
Jonathan Melmed (SBN 290218)
jm@melmedlaw.com
Laura Supanich (SBN 314805)
lms@melmedlaw.com
Michiko Vartanian (SBN 323979)
mv@melmedlaw.com
1801 Century Park East, Suite 850
Los Angeles, California 90067
Phone: (310) 824-3828
Fax: (310) 862-6851

Attorneys for Plaintiff, the Putative Class, and the Aggrieved Employees

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC RAPISURA, an individual, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>BMW OF NORTH AMERICA, LLC, a Delaware limited liability company; and DOES 1 TO 50,<br><br>    Defendants. | Case Number: 22-cv-00455<br><br>**Order Re Joint Notice of Settlement and Request to Vacate All Current Deadlines** |

**GOOD CAUSE APPEARING,** all hearings and deadlines are hereby vacated.

Dated:  March 4, 2024

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1

ORDER RE JOINT NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL CURRENT DEADLINES