**MELMED LAW GROUP P.C.**
Jonathan Melmed (SBN 290218)
jm@melmedlaw.com
Laura Supanich (SBN 314805)
lms@melmedlaw.com
Michiko Vartanian (SBN 323979)
mv@melmedlaw.com
1801 Century Park East, Suite 850
Los Angeles, California 90067
Phone: (310) 824-3828
Fax: (310) 862-6851

Attorneys for Plaintiff, the Putative Class, and the Aggrieved Employees

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC RAPISURA, an individual, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>BMW OF NORTH AMERICA, LLC, a Delaware limited liability company; and DOES 1 TO 50,<br><br>    Defendants. | Case Number: 2:22-cv-00455<br><br>**ORDER GRANTING JOINT STIPULATION TO REMAND ACTION TO STATE COURT**<br><br>Complaint Filed:   February 3, 2022<br>Trial Date:      None Set |

## **ORDER**

After reviewing the Parties' Stipulation to Remand the Action to San Joaquin Superior Court and good cause appearing, IT IS HEREBY ORDERED as follows:

The Parties' Stipulation is approved. This matter is hereby remanded to the Superior Court for the State of California for the County of San Joaquin.

IT IS SO ORDERED.

Dated: June 14, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE